# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Brian Davis
DOB:  9/3/1965
PDID:  349-266

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 10, 2007__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence, and by intimidation, take and attempt to take, from the person and presence of another, money belonging to, and in the care, custody, control, management, and possession of, any bank, credit union, and any savings and loan association

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __Aaron Haass, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

AUSA, Angela Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

Signature of Complainant
Aaron Haass, Special Agent
Federal Bureau of Investigation

_____
Date

at   __Washington, D.C.__
         City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aaron B. Haass, Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately eight months. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since July 2007. I have participated in numerous robbery investigations and several search warrants.

2. This affidavit is submitted in support of an arrest warrant for **BRIAN DAVIS**, date of birth September 3, 1965, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On September 10, 2007, at approximately 5:00 p.m., a lone black male robbed PNC Bank, located at 301 Seventh Street, N.W., Washington, DC, a federally insured financial institution. The robber approached a teller and passed a note written on a large envelope under

2

the teller window which stated "I'm here to make a $2500 withdraw. No dye packs. No alarms." As the teller was gathering currency from her drawer to comply with the robber's demand, the robber reached into the outside pocket of a backpack that he was carrying, partially displayed a silver revolver, and stated that he "was hurting right now. No games." The teller finished gathering the money, put a total of $2550 into the envelope, and passed it under the teller window to the robber, who took the envelope and immediately left the bank. Eyewitnesses described the robber as a black male, medium to dark complexion, in his late 30's to early 40's, between approximately 5'9" and 5'10", weighing approximately 150 lbs, with fuzzy, gray and black facial hair. Clear photographs of the robber were obtained from the bank surveillance cameras.

      6. The surveillance photographs from the bank robbery were posted on an internet website titled "bankbandits.org." On October 3, 2007, an individual who has known the defendant for lengthy period of time contacted investigators and indicated that the individual in the surveillance photographs was **BRIAN DAVIS**.

      7. Investigators obtained a driver's license photograph of **BRIAN DAVIS**. According to the information on the license, **BRIAN DAVIS** is 42 years old and 5'9" tall. **DAVIS'**s appearance in the photograph is similar in build, complexion, and facial characteristics to the appearance of the individual depicted in the bank surveillance photographs.

      8. On October 3, 2007, a photo spread identification procedure was conducted with a bank employee who witnessed the robbery on September 10, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the employee for review. The employee identified the photograph depicting **BRIAN DAVIS** and stated that she was very

3

confident that he was the bank robber.

9. On October 4, 2007, a photo spread identification procedure was conducted with the teller who was robbed on September 10, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller identified the photograph depicting **BRIAN DAVIS** and also stated that she was very confident that he was the bank robber.

10. Based on the foregoing, there is probable cause to believe that the defendant, **BRIAN DAVIS**, did unlawfully, knowingly and intentionally, rob the PNC Bank located at 301 Seventh Street, N.W., Washington, DC, on September 10, 2007, in violation of 18 U.S.C. 2113(a).

_____
Aaron B. Haass, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of October, 2007

_____
United States Magistrate Judge
District of Columbia