UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 07-490-M-01 |
| | : |
| BRIAN DAVIS | : |

### ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance, pursuant to the Criminal Justice Act, as counsel for BRIAN DAVIS, effective October 10, 2007.

Respectfully submitted,

John A. Briley, Jr.
D.C. Bar No. 65763
6205 30th Street, N.W.
Washington, DC 20015
(202) 364-7012
(202) 237-2102 (fax)
attyjab@starpower.net

Attorney for Defendant